IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:97CR294 |
| | ) | (Financial Litigation Unit) |
| JEFFREY M. GULLER, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| FREDERICK R. STANN, ESQ., | ) | |
| Garnishee. | ) | |

DISMISSAL OF A CONTINUING WRIT OF GARNISHMENT

Upon motion of the United States and for good cause shown, it is ORDERED that the Continuing Writ of Garnishment as to Frederick R. Stann, Esq. filed in this case on November 20, 2008, against the defendant Jeffrey B. Guller is DISMISSED.

**SO ORDERED**.   Signed: March 22, 2010

_____
David S. Cayer
United States Magistrate Judge