IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:97CR294-20 |
| v. ) | (Financial Litigation Unit) |
| ) | |
| JEFFREY M. GULLER ) | |

## ORDER

Having considered the United States' Status Report and Request for Further Court Order, this Court finds that all funds referenced herein, in the amount of $1,131.34, plus all interest earned on the funds, should be applied to restitution and distributed to victims as set forth in the Judgment in a Criminal Case entered against the defendant on June 22, 1999.

It is therefore ORDERED, ADJUDGED, and DECREED that:

1. The Clerk of Court, as soon as the business of this office allows, will distribute all funds on deposit with the Clerk, including funds in the amount of $1,131.34 and any interest earned on such funds, to pay restitution to victims as set forth in the Judgment in a Criminal Case against Defendant.

2. The United States will serve a copy of this Order upon the Financial Deputy Clerk in the Western District of North Carolina.

Signed: April 8, 2011

Max O. Cogburn Jr.
United States District Judge